## ATWATER ag$^t$ PEARSON

Joshua Atwater plaint. ag$^t$ George Pearson Defend$^t$ in an action of the case upon a reveiw of a judgem$^t$ granted ag$^t$ the s$^d$ Atwater plaint. at a County Court held at Boston the 28th of Aprill. 1668. for costs of Court to bee paide unto the Defendant in the s$^d$ case which was then the aboues$^d$ Pearson & the s$^d$ costs of Court being three Shillings & ten pence & other due damages according to At-

tachm$^t$ Dat. the 17th of Feb$^{ry}$ 1674 . . . the Jury . . . founde for the plaint. Fifteen pounds one Shilling ten pence in mony damage & costs of Court being 27$^s$ 4$^d$

Execucion issued May: 31$^o$ 1675.